UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:20-CR-48 |
| | ) | JUDGE GREER |
| CODY PAUL HYATT | ) | |

TO THE HONORABLE MAGISTRATE OF THE ABOVE COURT:

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, United States of America, by and through the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That CODY PAUL HYATT is now in the custody of the Unicoi County Detention Center, at Erwin, Tennessee, pursuant to a lawful commitment.

II.

That there is pending against the defendant, CODY PAUL HYATT, in this District the above-captioned case, which is set for an Initial Appearance hearing, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, on May 18, 2020, in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, at 9:00 a.m. that day and each day thereafter until said case has been disposed.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, Unicoi County Detention Center, at Erwin, Tennessee, commanding him to produce the said CODY PAUL HYATT before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Sheriff so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United

States Marshal or Deputy United States Marshal, be ordered and directed to receive said CODY PAUL HYATT into his custody and possession at said Unicoi County Detention Center, at Erwin, Tennessee, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff, Unicoi County Detention Center, at Erwin, Tennessee, as aforesaid.

Respectfully submitted, this the 31st day of March, 2020.

                          J. DOUGLAS OVERBEY
                          UNITED STATES ATTORNEY

By:    *s/ J. Gregory Bowman*
       J. GREGORY BOWMAN
       Assistant U.S. Attorney
       BPR# 017896
       220 West Depot Street, Ste. 423
       Greeneville, TN  37743
       (423) 639-6759
       Greg.Bowman@usdoj.gov