# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### GREENEVILLE DIVISION

UNITED STATES OF AMERICA,    )
    )
    )    **2:20-CR-48**
Plaintiff,    )
    )
vs.    )
    )
    )
CODY PAUL HYATT, a.k.a. "Cody P.    )
Hyatt",    )
    )
    )
Defendant.    )

## **ORDER OF DETENTION**

At Defendant's initial appearance on **May 18, 2020**, Defendant and counsel conferred, after which Defendant's counsel announced that Defendant wished to waive a detention hearing without prejudice to requesting one subsequently.

If Defendant later files a motion requesting a detention hearing, such a hearing will be scheduled promptly.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge