IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Action No. 2:20 CR 48 |
| CODY PAUL HYATT | ) |

## AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE

I, H. Nikki Himebaugh, hereby depose and say as follows:

1. The motion cut-off and discovery deadline for the above-referenced case is Tuesday, June 16, 2020.
2. Affiant has received voluminous discovery from the Assistant United States Attorney, J. Gregory Bowman, however, affiant would request additional time to investigate and pursue the defense of this case.
3. This request for continuance is made in good faith.

Further Deponent saith not.

Respectfully Submitted,

_____
H. Nikki Himebaugh, BPR# 0027684
128 East Market Street
Johnson City, TN 37604
Telephone:(423) 926-2022
Facsimile: (877) 456-6069
Email: legahelp1001@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of June 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Respectfully Submitted,
s/*H. Nikki Himebaugh*