IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Change of Plea**

USA vs  Cody Paul Hyatt                                    DATE  03/01/21

Case No.  CR-2-20-48              Time  9:00 a.m.          To  9:40 a.m.

================================================================================

Honorable J. Ronnie Greer, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Greg Bowman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

================================================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
|---|---|
| Cody Paul Hyatt | Nikki Himebaugh |

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/reading waived

Motion of deft to change plea

Plea of Guilty to Count(s) **1** - Accepted

Plea Agreement filed on **02/16/21 [Doc. 26]**

Remaining Counts to be dismissed at time of sentencing

PSI report requested

Remanded to custody of USM

Plea Agreement Taken Under Advisement


**SENTENCING DATE:  August 2, 2021 @ 10:30 a.m.   Before Honorable J. Ronnie Greer**