UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:20-CR-48-001 |
| | ) | JUDGE GREER |
| CODY PAUL HYATT | ) | |

### U.S.S.G. § 3E1.1(b) MOTION

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and pursuant to U.S.S.G. § 3E1.1(b) states that the defendant has assisted authorities by timely notifying the United States of his intention to enter a guilty plea, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

FRANCIS M. HAMILTON III
Acting United States Attorney

By: *s/ J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743
(423) 639-6759
BPR# 017896
Greg.Bowman@usdoj.gov