UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:20-CR-48 |
| | ) | JUDGE GREER |
| CODY PAUL HYATT | ) | |

MOTION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

COMES NOW the United States of America, by and through the Acting United States

Attorney for the Eastern District of Tennessee, and moves the Court to allow the United States'

Motion for Downward Departure to be filed under seal in the above-referenced matter.

Respectfully submitted,

FRANCIS M. HAMILTON III
Acting United States Attorney

By:    *s/ J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN  37743
(423) 639-6759
BPR# 017896
Greg.Bowman@usdoj.gov